UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
BIODIAGNOSTIC LABS, INC.,

        Plaintiff,                      JUDGMENT

    v.                              23-cv-9570 (BMC)

AETNA HEALTH INC. (New York); AETNA BETTER
HEALTH INC. (Illinois); and MERITAIN HEALTH, INC,

        Defendants.
----------------------------------------------------------- X
BIODIAGNOSTIC LABS, INC.,

                                      23-cv-9571 (BMC)

        Plaintiff,

    v.

ANTHEM HEALTHCHOICE ASSURANCE, INC. d/b/a
Anthem Blue Cross and Blue Shield; ANTHEM
HEALTHCHOICE HMO, INC. d/b/a Anthem Blue
Cross and Blue Shield; and HEALTH CARE SERVICE
CORPORATION,

        Defendants.
----------------------------------------------------------- X
BIODIAGNOSTIC LABS, INC.,

        Plaintiff,                    23-cv-9572 (BMC)

    v.

UNITEDHEALTH GROUP, INC.; UNITED
HEALTHCARE OF NEW YORK, INC.; UNITED
HEALTHCARE INSURANCE COMPANY OF
NEW YORK, INC.; UNITED HEALTHCARE
INSURANCE COMPANY; UMR, INC.; and OXFORD
HEALTH PLANS (NY), INC,

        Defendants.
----------------------------------------------------------- X
BIODIAGNOSTIC LABS, INC.,                         23-cv-9594 (BMC)

        Plaintiff,

    v.

HEALTHCARE BENEFITS, INC.;CIGNA HEALTHCARE, INC.;  and MVP HEALTH CARE, INC.,

        Defendants.

------------------------------------------------------------ X

BIODIAGNOSTIC LABS, INC.,

        Plaintiff,

      v.

EMBLEMHEALTH, INC.; and EMBLEMHEALTH PLAN, INC.,

        Defendants.

------------------------------------------------------------ X

23-cv-9605 (BMC)

23-cv-9606 (BMC)

BIODIAGNOSTIC LABS, INC.,

        Plaintiff,

      v.

NEW YORK QUALITY HEALTHCARE CORPORATION; and WELLCARE HEALTH PLANS, INC.,

        Defendants.

------------------------------------------------------------ X

BIODIAGNOSTIC LABS, INC.,

        Plaintiff,

      v.

HEALTHFIRST PHSP, INC.,

        Defendant.

------------------------------------------------------------ X

BIODIAGNOSTIC LABS, INC.,

        Plaintiff,

      v.

METROPLUS HEALTH PLAN,

23-cv-9607 (BMC)

23-cv-9608 (BMC)

                Defendant.

-------------------------------------------------------------- X

        An Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on June 23, 2024, granting Defendants' motions to dismiss; dismissing Plaintiff's claims under the CARES Act (fourth claim for relief) for failure to state a claim; dismissing Plaintiff's state law claims (first through third claims for relief), to the extent they arise under ERISA-governed plans, as preempted by ERISA; dismissing without prejudice to recommencement in state court; it is

        ORDERED and ADJUDGED that Defendants' motions to dismiss are granted; that Plaintiff's claims under the CARES Act (fourth claim for relief) are dismissed for failure to state a claim as there is no private right of action; and that Plaintiff's state law claims (first through third claims for relief), to the extent they arise under ERISA-governed plans, are dismissed as preempted by ERISA, and to the extent they arise under non-ERISA governed plans, they are dismissed without prejudice to recommencement in state court.

| | |
|---|---|
| Dated: Brooklyn, NY<br>       June 28, 2024 | Brenna B. Mahoney<br>Clerk of Court<br><br>By: */s/Jalitza Poveda*<br>      Deputy Clerk |